BEFORE THE THIRD DIVISION, FEBRUARY 21, 1944

**No. 49211.**—Protests 100269–K, etc., of Brown & Sites Co., Inc., et al. (New York).

Opinion by KEEFE, J.   It was stipulated that the cheese in question is similar to that the subject of *Scaramelli* v. *United States* (9 Cust. Ct. 270, C. D. 706). Protests sustained to this extent.

**No. 49212.**—Protest 101022–K of Bridgetts & Co., Inc. (New York).

Opinion by KEEFE, J.   At the trial various papers were received in evidence, from an examination of which the court was of the opinion that the case of almonds in question was never imported into the United States.   The collector was therefore directed to make refund accordingly.

**No. 49213.**—Protest 102627–K of Schenley Import Corp. (New York).

Opinion by KEEFE, J.   At the trial the collector's memorandum was admitted in evidence by the court and it was stipulated between counsel that the facts contained therein are true.   It was recommended by counsel on behalf of the Government that the claim for shortage be allowed in accordance with the collector's memorandum.   On the record presented the court directed the collector to reliquidate the entry and make refund accordingly.

**No. 49214.**—Protest 103487–K of Old Dutch Mustard Co., Inc. (New York).

Opinion by KEEFE, J.   In view of the report of the collector admitted in evidence, the court directed the collector to reliquidate the entry and make refund in accordance therewith.

**No. 49215.**—Protest 103488–K of H. S. Dorf & Co., Inc. (New York).

Opinion by KEEFE, J.   The memorandum of the collector which was received in evidence disclosed that three bundles of baskets were manifested but not found and that shortage affidavit was properly filed.   In accordance with agreement of counsel entered into at the trial and in view of the record the court directed the collector to refund duties accordingly.

**No. 49216.**—Protest 102723–K of C. A. Auffmordt & Co. (New York).

Opinion by EKWALL, J.   The protest was overruled.

**No. 49217.**—Protests 949352–G, etc., of Asturr Trading Co., Inc., et al. (New York).

Opinion by EKWALL, J.   Following the authorities cited in Abstract 15400 the court dismissed the protests.